THE STATE v. SHENKIL, *Appellant.*

DIVISION TWO.

Practice in Supreme Court: AFFIRMANCE OF JUDGMENT. Where
no bill of exceptions has been filed in a cause and no error appears
in the record, the judgment will be affirmed on appeal.

*Appeal from Morgan Circuit Court.*—HON. E. L.
EDWARDS, Judge.

AFFIRMED.

*John M. Wood*, Attorney General, for the State.

The bill of exceptions in this cause contains neither the evidence nor instructions. No exceptions were saved during the progress of the trial, and on the record proper the judgment should be affirmed. *State v. McDonald*, 85 Mo. 539.

GANTT, P. J.—Defendant was indicted, tried and convicted in the Morgan circuit court. His fine was fixed at $100. He has appealed to this court. No bill of exceptions was filed in the cause and no error appears in the record. The judgment is affirmed. All concur.